**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DIANE J. COHEN,

           Plaintiff,

vs.

DR. VITA, INCORPORATED,

           Defendant.

2:13-cv-02294-RCJ-CWH

**MINUTE ORDER**

Before the Court is Defendant Dr. Vita, Incorporated's Request for Exception Concerning Early Neutral Evaluation Conference. (#19).

Defendant requests that Defendant's insurance carrier representative, Roy D. Lange, be excused from attending in person the ENE. Defendant states that, "[t]he insurance policy in question is a consent policy, so all necessary authority for settlement under the policy comes from the insured Defendant, through its Owners/Directors" *Id.*

The court finds that Defendant has provided sufficient reason to excuse Defendant's insurance carrier representative, Roy D. Lange, from attending the ENE in person.

Accordingly,

IT IS HEREBY ORDERED that Defendant Dr. Vita, Incorporated's Request for Exception Concerning Early Neutral Evaluation Conference (#19) is GRANTED with the condition that Defendant's insurance carrier representative, Roy D. Lange, must be available telephonically at the beginning of the Early Neutral Evaluation and as directed thereafter.

DATED this 31st day of March, 2014.

                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE